**Order filed May 6, 2021**



## In The

# Eleventh Court of Appeals

_____

### No. 11-19-00211-CR

_____

### LARRY DOESCHER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 28068A**

### O R D E R

After this case was submitted on briefs, this court became aware that the attorney who filed the original brief in this cause had passed away. The trial court has since appointed new appellate counsel to represent Appellant in this cause. Appellant's newly appointed counsel has informed this court that he wishes to file an amended brief in this appeal. Accordingly, we abate the appeal and grant Appellant leave to file an amended brief. Appellant's amended brief is now due to

be filed in this court on or before June 7, 2021. After Appellant's amended brief is filed, the State will have an opportunity to amend or supplement its brief if it chooses to do so.

This appeal will be reinstated when Appellant's amended brief is filed in this court or upon further order of this court.

PER CURIAM

May 6, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.